■ CHRISTOPHER LYDECKER, Appellant, v STEWART'S ICE CREAM COMPANY, INC., Respondent. [741 NYS2d 923] —Appeal from an order of the Supreme Court (Caruso, J.), entered February 1, 2001 in Schenectady County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Vito C. Caruso.

Mercure, J.P., Crew III, Peters, Spain and Lahtinen, JJ., concur. Ordered that the order is affirmed, with costs.